# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>EDMOND ACQUAAH (True Name: Edmund Essah Acquaah) | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: 2:98cr279<br><br>USM Number: 56801-019<br>Sean Devereux<br>Defendant's Attorney |

**FILED**
ASHEVILLE, N. C.
MAR 13 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

**THE DEFENDANT:**

- X  pleaded guilty to count(s) 2
- _  Pleaded guilty to violation(s)
- _  Pleaded not guilty to count(s)
- _  Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18 USC 1028(a)(1) | Identification document fraud | 9/27/96 | 2 |

X    Counts(s) 1,3 (is)(are) dismissed on the motion of the United States.

**IMPOSITION OF SENTENCE:**
1. Defendant placed on unsupervised probation for 1 Year.
2. While on probation, defendant shall not commit another federal, state or local crime.

X    The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $ 100.00 assessment, due and payable immediately.**

Date of Imposition of Sentence: March 2, 2006

Signature of Judicial Officer

Defendant's Mailing Address:
2483 Waterscape Trail
Snellville, Ga 30078

Date: 3-14-06

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal